RECEIVED
DC, WESTERN DISTRICT OF
TONY R. MOORE, CLERK
7, 2, 15
JT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RANDY PAUL DAVIS (#581779) | DOCKET NO. 15-CV-917; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| JUANITA FOWLER, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A, and that any Fifth Amendment claim he is attempting to raise be **DISMISSED WITHOUT PREJUDICE,** as such a claim is not ripe.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED,** at Alexandria, Louisiana, on this 2nd day of July, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE